UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANET REED *and* LARRY REED,

                                          Plaintiffs,

           -v-

WAL-MART STORES, EAST, LP,

                                          Defendants.

23 Civ. 4228 (PAE)

<u>ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

      On May 22, 2023, defendant removed the above-captioned case to this Court from the New York State Supreme Court in the Bronx. Dkt. 1. On July 7, 2023, the Court held an initial conference. At that conference, the parties agreed that venue is not proper in the Southern District of New York and that, among the federal districts in New York State, venue is proper only in the Northern District of New York, the site of the alleged tort. The Court, with the parties' consent, directed that it would transfer the case to the Northern District of New York if a settlement had not been reached by July 21, 2023. No such settlement has been reported to the Court.

      Accordingly, the Court respectfully directs the Clerk of Court to transfer the above-captioned case to the Northern District of New York.

      SO ORDERED.

_Paul A. Engelmayer_
Paul A. Engelmayer
United States District Judge

Dated: July 24, 2023
      New York, New York